**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**--------------------------------------------------------X**      00 CR 702 (NG)
**UNITED STATES OF AMERICA,**

    **-against-**                                                             **ORDER**

**KIYA LE FRANC,**

                       **Defendant.**
**--------------------------------------------------------X**

**GERSHON, United States District Judge:**

       By letter dated December 22, 2007, *pro se* defendant requests that the court lift the warrant it issued upon defendant's violation of the conditions of her supervised release. The court has also previously received a letter request for the same relief from Anthony C. Jones, Esq. These applications are denied. Any further applications may be made when defendant appears before the court on the warrant.

                                                             **SO ORDERED.**

                                                           /s
                                                          **NINA GERSHON**
                                                          **United States District Judge**

Dated: January 8, 2008
        Brooklyn, New York

cc:     Anthony C. Jones, Esq.
           36-38 West 123rd Street
           New York, NY 10027